IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Launa Renee Pigue

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Gibson County Sheriff's Department

(Enter above the full name of the defendant or defendants in this action.)

RECEIVED
AUG 25 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

Breen
York

25-1207

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: N/A

Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: N/A

A. Is there a prisoner grievance procedure in the institution?

Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes () No (✓)

C. If your answer is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is No, explain why not: N/A

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Laura Renee Pigue

Address 109 N High St Trenton, TN 38382

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Gibson County Sheriff's Department is employed as

at Gibson County Sheriff's Department

C. Additional Defendants: Deputy Hunter long, Sgt. Jeremy Pierce, Lt. Joe Westmoreland, Lt. Maigon Shanklin, Deputy Alex Martin Deputy Fred Sadler, Detective Joe fountain, Detective Alan Alexander

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On the 11th day of August 2025 my son E[illegible] N[illegible] (16) went to the Juvenile Court of Gibson County solely for support of his friend. As he was leaving the courtroom with them a secretary of the Juvenile Court of Gibson County tried stopping my 16 year old child to question him why he wasn't in Texas with his Dad. She did not have a Judge order or a Summons paper to do so and as my Child E[illegible] N[illegible] walked out of the courtroom the Judge Mark Johnson ordered the officers of the Gibson County Sheriff's department to retrieve him. Upon retrieving him from our address at 109 N High St in Trenton, TN 38382 Deputy Hunter Long immediately became very aggressive yelling profanities at me and my child as I was asking him why was he arresting my child and →



Revised 4/18/08

telling him that he was a minor. At this time several more officers from the Gibson County Sheriff's Department had arrived and two from the Milan Police Station had come and was present at the time. Deputy Long was yelling profanties and being very aggressive and using Excessive force on my son although he was not resisting. I was forced to let my child go with Deputy Long without him telling me why he was arresting my child. He never was fully able to tell my why he was arresting him until after my son was forcefully detained and the group of Police Officers gathered together first before Deputy Long and Lt. Maison Shankling of the Gibson County Sheriff's Department came and told me the reason for my son's detaiment was because when he was leaving court he stole another kids phone. She showed me a phone that she said she retrieved from my son when he was detained and told me to come to the Juvenile Court of Geibson County where he will talk to the Judge. I Later found out that the Judge did not order him to be detained for that reason. Upon arriving to the Juvenile Court of Geibson County in a seperate vehicle there was several Police Officers from the Geibson County Sheriff's Department and two Police Officers from the Milan Police Department when the commotion of a witness who stopped their car in the middle of the street to yell for the officer of the Gibson County Sheriff's Department Deputy Fred Sadler to stop doing my son like that. Deputy Fred Sadler used Excessive force after the fact my son was handcuffed and had cuffs on his feet to forcefully throw my 16 year old son to the ground while getting him out the back of the Police Car and that was what the witness had seen. I also have video footage of the incident. When confronted by the witness Deputy Fred Sadler stated in front of me and my family as well as the other officers present that "Yes He Did IT!" My son was initally charged by Judge Mark Johnson with Disorderly Conduct and was removed from me and his Dad's custody as a Dependent and Neglected child as was and as of this moment is still in the foster care system. Me and my son suffered severe verbal and physical attacks from the Officers of the Gibson County Sheriff's Department that lead to me being severly in distress and my son needing medical attention on a cut scrape on his leg that had a piece of white meat showing from it.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to grant me restitution in the amount of $500,000 dollars from the Gibson County Sheriff's Department due to several of the Gibson County Sheriff's Police violated me and my son's civil rights by use of Excessive force after the fact, lying to me about why my son was being detained and the severe pain and suffering and emotional distress me and my son had endured from the verbal and physical attacks from the officers at the Gibson County Sheriff's Department. I also want the courts to issue Disciplinary Actions towards the officers who were involved in this incident even if they witnessed the wrongdoing and did nothing to stop or correct it.

VI. Jury Demand

I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 21 day of August, 20 25.

[signature]

(Signature of Plaintiff/Plaintiffs)