IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

LAUNA RENEE PIGUE,

    Plaintiff,

v.                                                                  No. 1:25-cv-01207-JDB-jay

GIBSON COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the amended complaint of Plaintiff, Launa Renee Pigue. (Docket Entry ("D.E.") 7.) By administrative order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate. Admin. Order 2013-05. After reviewing the amended complaint, Magistrate Judge Jon A. York, on May 28, 2026, recommended that it be dismissed in its entirety for Plaintiff's failure to state a claim upon which relief may be granted. (D.E. 8 at PageID 32.) At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days. (*Id.*) He added that "failure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and further appeal." (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, the parties have forfeited any objections either may have had to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019)

(quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the record, the report and recommendation (D.E. 8) is ADOPTED, and this case is DISMISSED.  Any claims Plaintiff may have attempted to assert on behalf of her minor child E.W. and her claims against John and Jane Doe defendants are DISMISSED WITHOUT PREJUDICE, and all remaining claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of June 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE